No. 73–1607. HAWAIIAN AIRLINES, INC. v. ALOHA AIRLINES, INC. C. A. 9th Cir. Certiorari denied.

No. 73–6080. PERKINS v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 73–6094. NELSON v. UNITED STATES; and
No. 73–6368. HENDERSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 73–6135. WALLACE v. WEINBERGER, SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 9th Cir. Certiorari denied.

No. 73–6170. MASON v. GOLLMAR, JUDGE. Sup. Ct. Wis. Certiorari denied.

No. 73–6223. CURTIS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 73–6225. ISAAC v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 73–6228. LOTT v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 73–6232. WASHABAUGH v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 73–6235. ZAVALA v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 73–6237. JENNINGS v. WAINWRIGHT, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 73–6242. KALMBACH v. JONES, SHERIFF. C. A. 5th Cir. Certiorari denied.